**Do Big Studios**

**ADAM STARR | GENERAL COUNSEL**
Adam@DoBigStudios.com

January 20, 2026

**Via Email**
Legal Department
Epic Games, Inc.
620 Crossroads Blvd.
Cary, NC 27518
dmca@support.epicgames.com

**Re: DMCA Notice (**9783-4911-0987**)**

Dear Epic Copyright Agent:

I am General Counsel at Mobile Game Advertising & More, Inc. (the "Claimant"). I write pursuant to the Digital Millennium Copyright Act and request that you remove the infringing work, as described below.

**Description and location of protected work**
The Claimant holds certain intellectual property rights contained in the games known as Escape the Tsunami for Brainrots, first published here https://www.roblox.com/games/131623223084840/Escape-Tsunami-For-Brainrots on Roblox on December 15, 2025 and then published here https://www.fortnite.com/@gako/7113-0641-3989 on Fortnite on January 15, 2026, and https://www.roblox.com/games/109983668079237/Steal-a-Brainrot (US Copyright Reg. PA0002544969) (collectively, the "Protected Works").

**Description and location of infringing work**
The infringing work is located here: https://www.fortnite.com/@hmos/9783-4911-0987?lang=en-US ("Infringing Work").

The owners of the Infringing Work made conscious decisions to copy the creative choices and unique designs that were implemented in the Protected Work.

Attached as **Exhibit 1** are side by side screenshots of the Protected Work and the Infringing Work.

**Claimant Name and Contact Information**
Name: Mobile Game Advertising & More, Inc.
Address: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801
Email: adam@dobigstudios.com
Phone number: 503-836-7805

**Good Faith Belief**
I have a good faith belief that the use of the content in the manner complained of in this notice is not authorized by the copyright owner, its agent, or the law.

January 20, 2026
Page 2

**Penalty of Perjury**
The information in this notice is accurate, and under penalty of perjury I certify that I am authorized to act on behalf of the owner of the intellectual property rights described above.

Sincerely,

Adam Starr

Exhibit 1

| Protected Works | Infringing Work |
|---|---|
| The main gameplay involves buying brainrots that are in a corridor. Periodically, a tsunami wave washes through the corridor, forcing players to quickly move to safe areas or higher ground to avoid being eliminated. After the wave passes, players return to the corridor to continue buying brainrots. Brainrots that are bought, are then stored on a base, where they generate currency per second, enabling the player to buy more brainrots. Rare brainrots require more currency. Below are images showing the main corridor. Note that each game involves a corridor with high walls, wall cut outs for avoiding the crashing wave (marked VIP in the Protected Game, and Premium in the Infringing Game), a wave that appears like a wall (with the speed written in the air, floating above it, along with an icon), floor channels that enable the player to duck below the crashing wave. The bottom left on each game shows the speed status and amount of currency the player has. | |







| Protected Works | Infringing Work |
|---|---|
| Note each brainrot shows its name in white, rarity (i.e., Epic, Mythic, Rare, etc.), and the amount of currency it will generate per second in green. | |



EXHIBIT 1

| Protected Works | Infringing Work |
|---|---|

After collecting the brainrots, the user brings them back to their base, where they earn currency per second. This is a view of the base, with brainrots earning currency. Note, among other things, the aesthetic choices with regard to the placards in front of each brainrot (vertical, with yellow upward pointing arrow, displaying the information on two lines). Also, the brainrots with their details floating above them, on square blocks. Also, the neon green plate in front of the brainrot, and the red carpet down the center)



EXHIBIT 1



EXHIBIT 1

| Protected Works | Infringing Work |
|---|---|
| Using the additional currencies, players can go to a "Speed Upgrades" store, where they can purchase additional speed, to outrun the wave. Both stores are simple wooden-looking structures with angular roofs, with a single person minding the store, and the name floating above. The menus also share the same aesthetic choices. | |



EXHIBIT 1

| Protected Works | Infringing Work |
|---|---|

Using the additional currencies, players can go to a "Carry Upgrades" store. Again, note the aesthetic choices on the menu items, including the bicep, arrow, and layout.  The stores are simple wooden-looking structures with angular roofs, with a single person minding the store, yellow and white rooftop, and the name floating above.



EXHIBIT 1

 **Do Big Studios**

**ADAM STARR | GENERAL COUNSEL**
Adam@DoBigStudios.com

January 20, 2026

<u>**Via Email**</u>
Legal Department
Epic Games, Inc.
620 Crossroads Blvd.
Cary, NC 27518
dmca@support.epicgames.com

**Re: DMCA Notice  (3006-7006-2761)**

Dear Epic Copyright Agent:

I am General Counsel at Mobile Game Advertising & More, Inc. (the "Claimant").  I write pursuant to the Digital Millennium Copyright Act and request that you remove the infringing work, as described below.

<u>**Description and location of protected work**</u>
The Claimant holds certain intellectual property rights contained in the games known as Escape the Tsunami for Brainrots, first published here https://www.roblox.com/games/131623223084840/Escape-Tsunami-For-Brainrots on Roblox on December 15, 2025 and then published here https://www.fortnite.com/@gako/7113-0641-3989 on Fortnite on January 15, 2026, and https://www.roblox.com/games/109983668079237/Steal-a-Brainrot (US Copyright Reg. PA0002544969) (collectively, the "Protected Works").

<u>**Description and location of infringing work**</u>
The infringing work is located here: https://fortnite.gg/island?code=3006-7006-2761 ("Infringing Work").

The owners of the Infringing Work made conscious decisions to copy the creative choices and unique designs that were implemented in the Protected Work.

Attached as **Exhibit 1** are side by side screenshots of the Protected Work and the Infringing Work.

<u>**Claimant Name and Contact Information**</u>
Name: Mobile Game Advertising & More, Inc.
Address: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801
Email: adam@dobigstudios.com
Phone number: 503-836-7805

<u>**Good Faith Belief**</u>
I have a good faith belief that the use of the content in the manner complained of in this notice is not authorized by the copyright owner, its agent, or the law.

EXHIBIT 1

January 20, 2026
Page 2

**Penalty of Perjury**
The information in this notice is accurate, and under penalty of perjury I certify that I am authorized to act on behalf of the owner of the intellectual property rights described above.

Sincerely,

Adam Starr

EXHIBIT 1

Exhibit 1

| Protected Works | Infringing Work |
|---|---|

The main gameplay involves buying brainrots that are in a corridor. Periodically, a tsunami wave washes through the corridor, forcing players to quickly move to safe areas or higher ground to avoid being eliminated. After the wave passes, players return to the corridor to continue buying brainrots. Brainrots that are bought, are then stored on a base, where they generate currency per second, enabling the player to buy more brainrots. Rare brainrots require more currency.

Below are images showing the main corridor. Note that each game involves a corridor with high walls, wall cut outs for avoiding the crashing wave (marked VIP in the Protected Game, and Premium in the Infringing Game), a wave that appears like a wall (with the speed written in the air, floating above it, along with an icon), floor channels that enable the player to duck below the crashing wave. The bottom left on each game shows the speed status and amount of currency the player has.

EXHIBIT 1



| Protected Works | Infringing Work |
|---|---|
| Note each brainrot shows its name in white, rarity (i.e., Epic, Mythic, Rare, etc.), and the amount of currency it will generate per second in yellow. | |

EXHIBIT 1

| Protected Works | Infringing Work |
|---|---|

After collecting the brainrots, the user brings them back to their base, where they earn currency per second. This is a view of the base, with brainrots earning currency. Note, among other things, the aesthetic choices with regard to the placards in front of each brainrot (vertical, with yellow upward pointing arrow, displaying the information on two lines). Also, the brainrots with their details floating above them, on square blocks. Also, the neon green plate in front of the brainrot, and the red carpet down the center).



EXHIBIT 1

 **Do Big Studios**

**ADAM STARR | GENERAL COUNSEL**
Adam@DoBigStudios.com

January 21, 2026

<u>**Via Email**</u>
Legal Department
Epic Games, Inc.
620 Crossroads Blvd.
Cary, NC 27518
dmca@support.epicgames.com

**Re: DMCA Notice** (4792-2560-5009)

Dear Epic Copyright Agent:

I am General Counsel at Mobile Game Advertising & More, Inc. (the "Claimant"). I write pursuant to the Digital Millennium Copyright Act and request that you remove the infringing work, as described below.

<u>**Description and location of protected work**</u>
The Claimant holds certain intellectual property rights contained in the games known as Escape Tsunami for Brainrots!, first published here https://www.roblox.com/games/131623223084840/Escape-Tsunami-For-Brainrots on Roblox on December 15, 2025 and then published here on Fortnite: https://www.fortnite.com/@gako/7113-0641-3989 (collectively, the "Protected Works").

<u>**Description and location of infringing work**</u>
The infringing work is published on Fortnite, Island Code 4792-2560-5009 ("Infringing Work").

The owners of the Infringing Work made conscious decisions to copy the creative choices and unique designs that were implemented in the Protected Work.

Attached as **Exhibit 1** are side by side screenshots of the Protected Work and the Infringing Work.

<u>**Claimant Name and Contact Information**</u>
Name: Mobile Game Advertising & More, Inc.
Address: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801
Email: adam@dobigstudios.com
Phone number: 503-836-7805

<u>**Good Faith Belief**</u>
I have a good faith belief that the use of the content in the manner complained of in this notice is not authorized by the copyright owner, its agent, or the law.

<u>**Penalty of Perjury**</u>

January 21, 2026
Page 2

The information in this notice is accurate, and under penalty of perjury I certify that I am authorized to act on behalf of the owner of the intellectual property rights described above.

Sincerely,

Adam Starr

EXHIBIT 1

Exhibit 1

| Protected Works | Infringing Work |
|---|---|
| The main gameplay involves buying brainrots that are in a corridor. Periodically, a tsunami wave washes through the corridor, forcing players to quickly move to safe areas or higher ground to avoid being eliminated. After the wave passes, players return to the corridor to continue buying brainrots. Brainrots that are bought, are then stored on a base, where they generate currency per second, enabling the player to buy more brainrots. Rare brainrots require more currency. Below are images showing the main corridor. Note that each game involves a corridor with high walls, wall cut outs for avoiding the crashing wave (marked VIP), a wave that appears like a wall (with the speed written in the air, floating above it, along with an icon), floor channels that enable the player to duck below the crashing wave. | |

EXHIBIT 1

| Protected Works | Infringing Work |
|---|---|
| Note each brainrot shows its name in white, rarity (i.e., Epic, Mythic, Rare, etc.), and the amount of currency it will generate per second in green. | |



EXHIBIT 1

| Protected Works | Infringing Work |
|---|---|

After collecting the brainrots, the user brings them back to their base, where they earn currency per second. This is a view of the base, with brainrots earning currency.



EXHIBIT 1

| Protected Works | Infringing Work |
|---|---|

Using the additional currencies, players can go to a "Speed Upgrades" store, where they can purchase additional speed, to outrun the wave. Both stores are simple wooden-looking structures with angular roofs, with a single person minding the store, and the name floating above. The menus also share the same aesthetic choices.



EXHIBIT 1

| Protected Works | Infringing Work |
|---|---|

Using the additional currencies, players can go to a "Carry Upgrades" store. Again, note the aesthetic choices on the menu items, including the bicep, arrow, and layout. The stores are simple wooden-looking structures with angular roofs, with a single person minding the store, yellow and white rooftop, and the name floating above.



EXHIBIT 1

 **Do Big Studios**

**ADAM STARR | GENERAL COUNSEL**
Adam@DoBigStudios.com

January 31, 2026

**Via Email**
Legal Department
Epic Games, Inc.
620 Crossroads Blvd.
Cary, NC 27518
dmca@support.epicgames.com

**Re: (CORRECTED) DMCA Notice re 2951-9204-6117**

Dear Epic Copyright Agent:

I am General Counsel at Mobile Game Advertising & More, Inc. dba Do Big Studios ("MGA"). I write pursuant to the Digital Millennium Copyright Act and request that you remove the infringing work, as described below.

Please note that this DMCA notice replaces and corrects a DMCA notice submitted for the same map, earlier today.

**Description and location of protected work**
MGA holds certain intellectual property rights contained in the games Break a Lucky Block!, first published here https://www.roblox.com/games/124311897657957/Break-a-Lucky-Block on Roblox on December 12, 2025. MGA then published the game here https://www.fortnite.com/@gako/7971-7237-7283 on Fortnite on January 29, 2026 (collectively, the "Protected Works").

**Description and location of infringing work**
The infringing work is published on Fortnite under map code 2951-9204-6117 ("Infringing Work").

The owners of the Infringing Work made conscious decisions to copy the creative choices and unique designs that were implemented in the Protected Work. The similarities are not merely the result of the games existing in the same genre or dictated by function.

The Infringing Work copied the Protected Works' unique game play and layout and the creative choices associated therein.

For context, the games involve breaking a lucky block, grabbing the brainrots and bringing them back to your base to earn cash.

Note the similarities between the floor pattern, the weapons (pick axe, white hand) and the hotbar at the bottom of the screen, along with the initial character that emerges from the lucky block is a black shadowy figure.



Here, as the player approaches a block, its rarity is shown, along with a green color bar above it. Also note the blue and yellow boxes:



EXHIBIT 1

Note the similarities between the upgrade shops (blue and white and red and white awnings, brown structure, angled roof):



As brainrots emerge, they include their name, rarity and price.  Note the "arena" in both has brown walls and green tops:



EXHIBIT 1

Below, see how each base involves brainrots, with their information floating above, on a blue carpet, and in octogonal-like base.

| Protected Work | Infringing Work |
| --- | --- |



## MGA Name and Contact Information

Name: Mobile Game Advertising & More, Inc.
Address: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801
Email: adam@dobigstudios.com
Phone number: 503-836-7805

## Good Faith Belief
I have a good faith belief that the use of the content in the manner complained of in this notice is not authorized by the copyright owner, its agent, or the law.

## Penalty of Perjury
The information in this notice is accurate, and under penalty of perjury I certify that I am authorized to act on behalf of the owner of the intellectual property rights described above.

Sincerely,

Adam Starr

EXHIBIT 1